IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS,            )
                       )
    Plaintiff,         )
                       )
v.                     )
                       )   Case No. 1:07-cv-0892 *RMC*
                       )
NATIONAL LEGAL PROFESSIONAL  )
ASSOCIATES, et al.,    )
                       )
    Defendants.        )

---

### REQUEST TO ENTER DEFAULT

To: Clerk of the Court, United States District Court for the District of Columbia

   Will you please enter the default of defendants, Wesley Robinson, Charles A. Murray, and National Legal Professional Associates, for failure to plead or otherwise defend as provided by Federal Rules of Civil Procedure Rule 55, as appears from the attached affidavit of Roy Thomas.

                           Respectfully submitted,

                           Roy Thomas 11340001
                           Roy Thomas, pro se
                           Reg. No. 11340-007
                           USP- Big Sandy
                           P. O. Box 2068
                           Inez, KY 41224

**RECEIVED**

JUL 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS,                         )
    PLaintiff,                    )
    v.                            )    Civil Action No. 1:07-cv-0892
NATIONAL LEGAL PROFESSIONAL        )
ASSOCIATES, et al.,
    Defendants.                   )

## AFFIDAVIT FOR ENTRY OF DEFAULT

Plaintiff, Roy Thomas, pro se, being first duly sworn, depose and says, under penalty of perjury:

1. That he is proceeding pro se in the above-captioned matter.

2. That defendants Wesley Robinson, Charles A. Murray, and National Legal Professional Associates, were served with a copy of the summons and complaint as appears from the proof of service on file.

3. That the above-listed defendants have not filed or served an answer or taken other actions as may be permitted by law, although more than 20 days have expired since the date of service.

4. The affiant has attached a copy of the front and back of the return receipt herein.

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Executed pursuant to 28 U.S.C. §1746, this ___ day of July, 2007.

/s/ Roy Thomas - 11340007
ROY THOMAS
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

Roy Thomas
Reg. No. 11340-007
USP-B.'s Sandy
P.O. Box 2068
Inez, Ky 41224-2068

106
32

United States Postal Service   OH 452
24 MAY 2007 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nat'l Legal Professional Assoc.
11331 Grooms Road
Suite 1000
Cincinnati, Ohio
45242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Trout
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S. Trout                         5-24-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)  7006 0810 0005 2771 8586

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540