Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROY THOMAS
_____
      Plaintiff(s)

v.

Civil Action No. __07-892 (RMC)___

NATIONAL LEGAL PROFESSIONAL
ASSOCIATES, et al._____
      Defendant(s)

RE: NATIONAL LEGAL PROFESSIONAL ASSOCIATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 24, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this __23rd__ day of ___July___, __2007__ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk