Case 1:07-cv-00892-RMC    Document 14    Filed 07/27/2007    Page 1 of 1

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROY THOMAS

     Plaintiff(s)    )
             ) **APPEARANCE**
             )
     vs.        ) CASE NUMBER 1:07-CV-0892
NATIONAL LEGAL PROFESSIONAL )
ASSOCIATES, ET AL       )
     Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Charles A. Murray  as counsel in this
            (Attorney's Name)

case for:  National Legal Professional Associates, H. Wesley Robinson, Charles A. Murray
          (Name of party or parties)

July 27, 2007            */s/ Charles A. Murray*
Date               Signature

               Charles a. Murray
59089              Print Name
BAR IDENTIFICATION
               27499 Riverview Center Blvd, #113
               Address

               Bonita Springs Florida 34134-4313
               City    State   Zip Code

               239-649-7773
               Phone Number