IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ROY THOMAS,<br>    Plaintiff,<br><br>v.<br><br><br>NATIONAL LEGAL PROFESSIONAL<br>ASSOCIATES, et al.<br>    Defendants. | Civil Action No. 1:07-CV-0892 (RMC) |

### PLAINTIFF'S MOTION FOR THE EXTENSION OF TIME TO RESPOND TO DEFENDANT' MOTIONS FIELD HEREIN

The Plaintiff, Roy Thomas, pro se, respectfully petitions this Honorable Court to extend the time for the plaintiff to respond to the numerous motions filed by the defendants herein, for an additional 30 days, and in support whereof states the following:

### JURISDICTION

The Court has Jurisdiction to entertain this motion pursuant to Fed. R. Civ. P. Rule 6 (b). The Court also has Jurisdiction pursuant to its inherent authority.

### BACKGROUND

On may 11, 2007, Plaintiff filed the lawsuit herein due to violations of rights secured by the U.S. Constitution, by the defendants.

The Defendants were properly served with copies of the summons and complaint and failed to answer in a timely manner, or to seek an extension of time from the Plaintiff or the Court.

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On July 20, 2007, Plaintiff filed an Affidavit For Default, due to the Defendants failing to answer the complaint. On July 23, 2007, the Court entered default against the Defendants.

On July 27, 2007, the Defendants filed and made service by mail of eight (8) separate motions. The Plaintiff received copies of the eight (8) motions, six (6) prospective orders, and one (1) entry of appearance on or about August 1, 2007.

The Plaintiff believes that a response to those motions must be filed within 30 days from service, which would make reply motions due by September 1, 2007. The Plaintiff is a layman not trained in the law, and proceeding pro se. The Plaintiff avers that circumstances and conditions justify an extension of time to respond to defendants' motions herein.

## **REASONS FOR GRANTING AN EXTENSION OF TIME**

1.) The Plaintiff, as mentioned above is a layman, not trained in the law, and proceeding pro se with the assistance of another inmate.

2.) The Plaintiff has limited access to the Law Library of this prison and to the inmate who is assisting with the filing herein. The Law Library hours are short and access is denied frequently without any explanation.

3.) The Law Library of this prison has approximately 31 computer terminals and a population over 1,400 inmates.

4.) The inmate who is assisting the Plaintiff in these filings is confined in a different housing unit and time to confer with the Plaintiff is very limited.

5.) The sheer number of motions that need to be responded to place an enormous amount of needed hours in the Law Library to read and do research on the, cases cited in the Defendants motion.

6.) In addition, the Plaintiff must purchase additional typewriter ribbons, and copying

cards in order to formulate and make service of the same.

7.) The Plaintiff will need to seek special permission to purchase extra stamps and copying card since currently inmates are allowed to purchase only three books of stamps and four copying cards a month.

## CONCLUSION

The enormous strain of attempting to respond to so many motions at one time necessitates that the pro se, prisoner, Plaintiff be granted an extension of time to respond to the Defendants' motions.

## RELIEF

WHEREFORE, due to the above, and for any other reason(s) which may appear to the Court, the Plaintiff, Roy Thomas, pro se, respectfully requests that the Court grant a 30 day extension of time for Plaintiff to respond to the motions certified filed on July 27, 2007, by the Defendants herein.

Respectfully Submitted,

Roy Thomas, Pro Se
Reg. No. 11340-007
USP - Big Sandy
P.O. Box 2068
Inez, KY 41224

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing motion for extension of time to file upon counsel for the Defendants by pacing a copy thereof in the mailroom of this prison, postage prepaid, U.S. Mail, this 8th day of August, 2007, addressed to the below:

Charles A. Murray, Esq.
27499 Riverview Center Blvd. #113
Bonita Spring, FL.34134-4313

Executed this 8th day of August, 2007, pursuant to 28 U.S.C. § 1746, at Inez, KY

Roy Thomas, Pro Se
Reg. No. 11340-007