IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ROY THOMAS, | ) | |
| Petitioner, | ) | 07-892 (RMC) |
| v. | ) | Civil Action no. _____ (RMC) |
| NATIONAL LEGAL PROFESSIONAL ASSOCIATES, Inc. | ) ) | |
| Defendants. | ) ) | |

AFFIDAVIT OF DONALD HATCH

**RECEIVED**

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The affiant, Donlad Hatch, Reg. No. 11999-007, under penalty of perjury depose and says:

    I am the same Donald Hatch who has been assistaing the Plaintiff in this civil action to litigate the same. Since October 9, 2007, I have been deprived of all of my personal and legal property. In my efforts to assist Mr. Thomas, I maintained, in my cell at USP- Big Sandy, all of the motions that the defendants had sent to Mr. Thomas, for which the Court had granted an extension of time to file responses thereto.(SEE Attached Affidavit of Donald Hatch of October 12, 2007).

    The staff at Big Sandy indicated a desire to impede me in all my filings, by never returning to me my legal property. As a result, I have no idea as to when the legal property will be returned to me. Mr. Thomas is not knowledgeable in the law and has requested that the Court appoint counsel in this and other proceedings.

    I have agreed with Mr. thomas to continue to represent him and assist him in this matter, however until the legal papers are returned to me I cannot provide any response to any of thge filed motions, in any manner at all.

Affidavit of Donald Hatch
October 17, 2007
Page Two of Two

    This is filed to inform the Court and the parties of the current situation and to seek whatever remedy the Court deems to be proper and just. The affiant, pursuant to 28 U.S.C. §1746, is placing a copy of thisdaffidavit in the U.S. Mail, postage prepaid, addressed to counsel for the defendants this same 17th day of October, 2007.

**FURTHER THE AFFIANT SAYETH NAUGHT.**

    By my signature affixed below, I hereby certify that the foregoing is true and correct to the best of my knowledge and belief, except as to things on information and belief, and I believe those to be true.

    Executed at Pine Knot, Ky, pursuant to 28U.S.C. §1746, this 17 day of October, 2007.

/s/ Donald J. Hatch pro se
DONALD J. HATCH, pro se
Reg. No. 11999-007
USP- McCreary
P.O. Box 3000
Pine Knot, KY 42635

Enclosure!

UNITED STATES PENITENTIARY
McCREARY, KENTUCKY

TO WHOM IT MAY CONCERN:

The below-signed, DONALD J. HATCH, Reg. No. 11999-007, an inmate confined at the United States Peniteniary at McCreary, Kentucky, submits this affidavit to inform any and all courts, or any other tribunal or person, including but not limited to: The Federal Bureau of Prisons, The District of Columbia Court of Appeals, The D. C. Superior court, The United States District Court For the District of Columbia, and any other Court or agency wherein the below-signed may have time deadlines for filing that, under penalty of perjury, depose and says:

1. On October 9, 2007, at about 4:00 p.m., three(3) correctional officers at USP- Big Sandy, came to my cell door and said that they had been ordered to place the below-signed in The Segregation Housing Unit at that prison.

2. As a result, I was handcuffed and locked in an isolation cell, without any access whatsoever to my property and never provided any materials on which to write or access to any phones or communication devices to inform anyone of my situation, or lack of access to my legal property.

3. On the morning of October 10, 2007, I was transferred to this federal prison in Pine Knot, KY. At no time did I inventory my property or witness anyone packing or inventorying my property.

4. As of this date(October 12, 2007) I have still not been provided access to any of my property and I cannot know when access to my legal papers will be provided. Therefore, all filing deadlines in all matters should be tolled until access is provided to the legal papers necessary to intelligently file in these matters.

FURTHER THE AFFIANT SAYETH NAUGHT.

/s/ Donald J. Hatch
DONALD J. HATCH
Reg. No. 11999-007
USP- McCreary
P. O. Box 3000
Pine Knot, KY 42635

Executed this 12th day of October, 2007, pursuant to 28 U.S.C. §1746.

DONALD J. HATCH