UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROY THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-892 (RMC) |
| NATIONAL LEGAL PROFESSIONAL ASSOCIATES, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court are Motions to Set Aside Default and Motions to Dismiss the Complaint by Defendants National Legal Professional Associates [Dkt. ## 8, 9], H. Wesley Robinson [Dkt. ## 11, 12], and Charles A. Murray [Dkt. ## 5, 6] (collectively, "Defendants"). Defendants argue that *pro se* Plaintiff Roy Thomas has failed to oppose the Motions and therefore the Motions should be granted as conceded. *See* Def.'s Reply at 5-6 [Dkt. # 18].

Mr. Thomas was ordered to file a response to Defendants' Motions to Set Aside Default and Motions to Dismiss no later than October 29, 2007. *See* August 29, 2007 Minute Entry Order. Mr. Thomas failed to do so. However, an affidavit signed by Donald J. Hatch, an inmate in the United States Penitentiary in Pine Knot, Kentucky, was filed in the form of a letter on October 22, 2007. *See* Dkt. # 17. Mr. Hatch states that he was incarcerated at the United States Penitentiary Sandy Hook in Inez, Kentucky, until October 10, 2007, and that he was assisting Mr. Thomas, who is at Sandy Hook, in the instant matter. Mr. Hatch is not an attorney, and has not entered an appearance to represent Mr. Thomas, who is proceeding *pro se*. Not only is Mr. Hatch neither a party to the instant action nor an attorney, but his affidavit does not respond to the Motions. It is

hereby

**ORDERED** that Mr. Thomas shall respond to the Motions to Set Aside Default Judgment and Motions to Dismiss no later than **February 1, 2008**. If Mr. Thomas fails to respond at that time, the Court may assume that the Motions are conceded and may dismiss the case. It is

**FURTHER ORDERED** that the Affidavit of Donald Hatch [Dkt. # 17] will not be further considered by this Court pursuant to 28 U.S.C. § 1654 ("parties may plead and conduct their own cases personally or by counsel").

**SO ORDERED**.

Date: December 18, 2007                                    /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge