UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS                                )
Federal Registration No. 11340-007)
U. S. Penitentiary-Big Sandy              )
P. O. Box 2068                            )
Inez, KY  41224,                          )
            Plaintiff                     )
                                          )   Civil Action No. 07-892 (RMC)
      -vs-                                )
                                          )
                                          )
NATIONAL LEGAL PROFESSIONAL               )
ASSOCIATES, et al.,                       )
            Defendants                    )

**RECEIVED**

JAN 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR EXTENSION OF TIME

The plaintiff, **ROY THOMAS, pro se**, respectfully represents unto this Honorable Court as follows in support of his **MOTION FOR EXTENSION OF TIME** herein:

1. The defendants filed a Motion to Set Aside Default Judgment and a Motion to Dismiss. The plaintiff was ordered to file a response to these motions no later than October 29, 2007.

2. The plaintiff is a layperson and has no expertise in litigation or the law in general.

3. When the plaintiff received the motions, he secured a promise from a fellow inmate with some legal knowledge, namely, Inmate Donald Hatch, to file a response to the motions. The court's order dated December 18, 2007, recites the fact that after Mr. Hatch was transferred from U. S. Penitentiary-Big Sandy on or about October 10, 2007, he filed a purported affidavit with the court. This purported affidavit is dated October 22, 2007. The plaintiff was unaware of the filing of this document until the receipt of the court's order dated December 18, 2007.

4. When Inmate Hatch left the U. S. Penitentiary-Big Sandy,

he took the plaintiff's copies of the subject motions with him. The plaintiff no longer has a copy of the motions with which to file a response.

5. The plaintiff is writing the clerk of the court in a letter of even date herewith asking the clerk to provide the plaintiff with another copy of the subject motions and bill the plaintiff's Inmate Trust Account for the costs thereof.

6. The plaintiff now has someone with legal training who is willing to prepare oppositions to these motions and assist him in filing them with the court.

7. The plaintiff desires to file oppositions to these motions and submits that it would be inequitable and unfair to preclude him from having the opportunity to do so.

8. The plaintiff is certain that if the court will grant him an extension of time until March 1, 2008, he will be able to file his oppositions.

WHEREFORE, the plaintiff, **ROY THOMAS, pro se**, respectfully requests that this Honorable Court grant an extension of time until March 1, 2008, within which he must file oppositions to the defendants' Motions to Set Aside Default Judgment and Motions to Dismiss; and the plaintiff respectfully requests that the court grant such other and further general relief that the court might deem just, fair, and appropriate under the circumstances set forth hereinabove.

*Roy Thomas*
ROY THOMAS
Pro Se

### CERTIFICATE OF SERVICE

I, ROY THOMAS, pro se, do hereby certify that a true copy of the foregoing **MOTION FOR EXTENSION OF TIME** was duly forwarded via

2

first-class U. S. Mail, postage pre-paid, to Charles A Murray, Esquire, 27499 Riverview Center Blvd., No. 113, Bonita Spring, Florida 34134-4313 this 9th day of January, 2008.

*Roy Thomas*
ROY THOMAS
Pro Se