UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-892 (RMC) |
| ) | |
| NATIONAL LEGAL PROFESSIONAL ) | |
| ASSOCIATES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Roy Thomas's Motion for Extension of Time [Dkt. # 20]. Mr. Thomas is proceeding *pro se* and seeks additional time to respond to Defendants National Legal Professional Associates, H. Wesley Robinson, and Charles A. Murray (collectively, "Defendants")'s Motions to Set Aside Default Judgment and Motions to Dismiss the Complaint [Dkt. ## 5, 6, 8, 9, 11, 12].

Pursuant to a December 18, 2007 Order [Dkt. # 19], Mr. Thomas was ordered to file responses to Defendants' Motions to Set Aside Default and Motions to Dismiss no later than February 1, 2008. Mr. Thomas is an inmate at the United States Penitentiary-Big Sandy in Inez, Kentucky and states that he no longer has copies of the subject Motions because they were in the possession of a fellow inmate who has since left Big Sandy. Mr. Thomas would like copies of the Motions as well as an additional 30 days to prepare oppositions. It is hereby

**ORDERED** that Mr. Thomas shall respond to the Motions to Set Aside Default Judgment and Motions to Dismiss no later than **March 1, 2008**. If Mr. Thomas fails to respond at that time, the Court may assume that the Motions are conceded and may dismiss the case. It is

**FURTHER ORDERED** that the Clerk of this Court shall deliver a copy of this Order as well as copies of Defendants' Motions to Set Aside Default Judgment and Motions to Dismiss the Complaint [Dkt. ## 5, 6, 8, 9, 11, 12] to Plaintiff at the address below.

**SO ORDERED.**

Date: January 17, 2008
                                               /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge

cc:

Roy Thomas
Federal Registration No. 11340-007
Federal Penitentiary - Big Sandy
P.O. Box 2068
Inez, KY 41224