**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **ROY THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-892 (RMC)** |
| | ) | |
| | ) | |
| **NATIONAL LEGAL PROFESSIONAL** | ) | |
| **ASSOCIATES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER TO SHOW CAUSE**

Roy Thomas, convicted of murder in D.C. Superior Court, hired National Legal

Professional Associates ("NLPA") to assist him in obtaining a new trial.  NLPA prepared, and

forwarded to Mr. Thomas's lawyer (the owner of NLPA), a motion for sentence reduction, which

erroneously argued that Mr. Thomas's sentence was illegal.  Mr. Thomas promptly attempted to fire

NLPA and his counsel but NLPA kept preparing useless legal memoranda until the full $10,000

retainer from Mr. Thomas was exhausted.  All attempts by Mr. Thomas to reclaim his money have

failed.  He sued in federal court, alleging violations of 42 U.S.C. §§ 1985 & 1986, as well as various

criminal statutes.  Mr. Thomas also alleges fraud and breach of contract. Defendants, NLPA and two

of its principals, Charles Murray and H. Wesley Robinson,  move to dismiss, arguing that there is

no federal jurisdiction and that Mr. Thomas agreed to arbitrate any dispute before the Better Business

Bureau.  Mr. Thomas asserts diversity jurisdiction.

The Agreement for Services between NLPA and Mr. Thomas contained the following

clause:

> AGREEMENT TO ARBITRATE. You and NLPA agree to submit any dispute arising under this agreement, with the exception of disputes alleging criminal or statutory violations, to binding arbitration in accordance with the Better Business Bureau ("BBB") Rules of Binding Arbitration for disputes subject to Pre-Dispute Binding Arbitration Clauses. A volunteer BBB arbitrator will render a decision that the arbitrator considers to be fair; in doing so, the arbitrator is not required to apply legal principles. The arbitrator's decision will be final and binding on both you and NLPA, and judgment on the decision may be entered in any court having jurisdiction. NLPA will be responsible for the administrative fees for the arbitration. Further information about BBB arbitration may be obtained by calling the BBB of Cincinnati at 1-513-421-3015. This agreement to arbitrate affects important legal rights. Neither of us will be able to go to court for disputes that must be arbitrated.

Compl. Ex. 6 at 3. Mr. Thomas was incarcerated at the time he signed this Agreement and remains

incarcerated to this day. He cannot attend an arbitration.

Therefore, Defendants are **ORDERED TO SHOW CAUSE**, no later than March 27,

2008, why the Court should not deny their motions due to:

1. Impossibility of performance due to Mr. Thomas's incarceration;

2. Claims of fraud that may void the Agreement;

3. Lack of an arbitration agreement between Mr. Thomas and Defendants Charles Murray and H. Wesley Robinson; and

4. Prior default.

Mr. Thomas shall have until May 15, 2008, to file a reply, should he choose to do so.

This case is **STAYED** pending resolution of Defendants' responses to this Order.

**SO ORDERED**.

DATE: February 27, 2008            _____/s/_____
                                   ROSEMARY M. COLLYER
                                   United States District Judge