IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS,

      Plaintiff,

Case No. 1:07-cv-00892 (RMC)

v.

NATIONAL LEGAL PROFESSIONAL
      ASSOCIATES, et al.

      Defendants,

---

**DEFENDANTS, NATIONAL LEGAL PROFESSIONAL ASSOCIATES, H. WESLEY ROBINSON, AND CHARLES A. MURRAY'S MOTION FOR LEAVE TO FILE LATE A RESPONSE TO THE SHOW CAUSE ORDER DATED FEBRUARY 27, 2008**

---

Come now the Defendants, National Legal Professional Associates, H. Wesley Robinson, and Charles A. Murray, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), hereby moves this Court to extend the time for Defendants to respond to this Court's show cause order, dated February 27, 2008, and allow the filing of the attached response to that order.

On May 11, 2007, the Plaintiff filed his complaint with this Court. On July 23, 2007, default was entered as to each defendant, as the record did not indicate that a response had been filed by any of the defendants. On July 27, 2007, Defendants each filed a motion to set aside the default, expressing that good cause existed to permit the setting aside of the default, that the Plaintiff would not be prejudiced by the set-aside, that the default was not willful, and that the Defendants possessed meritorious defenses.

At the same time, the Defendants also each filed an answer to the complaint, as well as a motion to dismiss the complaint.

Plaintiff was given additional time to respond to both the motions to dismiss, as well as the motions to set aside the default - until October 29, 2007. When that date came and went, the Plaintiff still had not filed a response. All that had been filed was a civil statement by a non-party, on October 22, 2007. Although this filing did not constitute a response, the Defendants filed a reply, again requesting that the Plaintiff's complaint be dismissed. However, on December 18, 2007, the Plaintiff was granted an additional enlargement of time, giving him until March 1, 2008 to file his response. That response was eventually filed on February 19, 2008. The Defendants filed a reply to that response on March 3, 2008.

In the past week, counsel for the Defendants received a copy of a letter from the Plaintiff, to this Court. (Murray Affidavit). According to that letter, dated April 14, 2008, this Court had entered an order on February 27, 2008, for the Defendants to show cause as to why the Court should not deny the motions to dismiss. Unfortunately, prior to the reading of this letter, counsel was not aware of any such show cause order. (Murray Affidavit). Counsel is not aware of having ever received a copy of the order. (Murray Affidavit). However, after receiving the Plaintiff's letter, and reviewing the online docket, counsel is now aware of the existence of that order, and wishes to have the opportunity to respond thereto.

Defendants request, pursuant to Rule 6(b)(1)(B), an extension of time to respond to the show cause order. That rule allows a court to extend the time to do an act within a specified time, even after the time to act has expired, "if the party failed to act because of

excusable neglect." In the instant case, this standard is certainly met. As counsel was not aware of the existence of the order, the failure to file a response most certainly resulted merely from excusable neglect. The parties should not be prejudiced simply because of the fact that the order was never received by counsel.

For the foregoing reasons, the Defendants respectfully requests this Court grant their motion to extend the time for Defendants to respond to this Court's show cause order, dated February 27, 2008, and allow the filing of the attached response to that order.

Respectfully submitted,

21 April, 2008

_____
Charles A. Murray, Esq.
Attorney for the Defendants
27499 Riverview Center Blvd.
Suite 112
Bonita Springs, Florida 34134
(239) 985-4081 voice
(239) 985-4084 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Memorandum of Law appended hereto has been sent this 21 day of April, 2008, by regular United States Mail with sufficient postage affixed thereto to insure delivery thereof to the Plaintiff, Roy Thomas, 11340-007, P.O. Box 2068, United States Penitentiary, Inez, KY 41224.

                                                                            Charles A. Murray, Esq.
                                                                            Attorney for Defendants

## AFFIDAVIT OF CHARLES A. MURRAY, ESQ.

The Affiant, being first duly sworn, says:

1. He affirms and confirms all of the facts contained in the attached motion attributed to him, as if fully reiterated herein;

2. The facts stated in the motion attributed to the Affiant, including those not reflected in the Record, are true to the best of his information and belief.

3. Specifically, the Affiant swears and affirms as to the following matters not reflected in the record:

   A. I represent all three of the Defendants in this case, Charles Murray, H. Wesley Robinson, and National Legal Professional Associates. However, I did not receive any notification of the entering of the show cause order, dated February 27, 2008.

   B. It was not until today, April 21, 2008 that I even became aware of the show cause order, and that was only due to my receipt of a letter from the Plaintiff, in which the order was referenced.

4. Further Affiant sayeth naught.

_____
Charles A. Murray, Esq.
Affiant

On this 21st day of April, 2008, the above-signed appeared before me, a notary public in and for the State of Florida, and executed the foregoing instrument.

_____
Notary Public

My commission expires:

NOTARY PUBLIC-STATE OF FLORIDA
P. M. Silva
Commission #DD705665
Expires: AUG. 16, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS,

    Plaintiff,

v.

Case No. 1:07-cv-00892 (RMC)

NATIONAL LEGAL PROFESSIONAL
    ASSOCIATES, et al.

    Defendants,

## ORDER

On this _____ day of _____, 2008, came on to be heard the Defendants' Motion For Leave To File A Late Response To The Show Cause Order Dated February 27, 2008, in the Above styled and numbered cause, and after considering the filings and record of this case, it is the considered opinion of the court that the Motion should be and is hereby ORDERED

❏    GRANTED

❏    DENIED

_____
Presiding Judge