April 14, 2008

Honorable Rosemary M. Collyer
United States District Judge
United States District Court
for the District of Columbia
U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:  Roy Thomas v. National Legal Professional Associates et al
           Civil Action No. 07-892 (RMC)
           Defendants' Failure to Respond to Show Cause Order

Dear Judge Collyer:

    In an order entered by the Court on February 27, 2008, the Court gave the defendants until March 27, 2008, to show cause why the Court should not deny their motions for dismissal due to the impossibility of performance based upon the plaintiff's incarceration, claims of fraud that may void the Agreement, lack of an arbitration agreement between the plaintiff and Defendants Charles Murray and H. Wesley Robinson, and prior default. I am writing to respectfully advise the Court that the defendants are in default with respect to the Court's show cause order.

    I respectfully request that the Court proceed and deny the defendants' motions to dismiss.

    I hereby certify that true copies of this letter are being forwarded to the defendants, individually, at the addresses heretofore utilized by the plaintiff in corresponding with them.

                                                  Respectfully submitted,

                                                  ROY THOMAS