**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ROY THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-892 (RMC)** |
| | ) | |
| **NATIONAL LEGAL PROFESSIONAL** | ) | **Honorable Rosemary M. Collyer** |
| **ASSOCIATES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

---

NOTICE IS HEREBY GIVEN that the Defendants herein, NATIONAL LEGAL PROFESSIONAL ASSOCIATES, CHARLES MURRAY, AND H. WESLEY ROBINSON, by and through the undersigned counsel, hereby appeals to the United State Court of Appeals for the District of Columbia the Judgement in their civil case entered on July 31, 2008.

Respectfully submitted,

Charles A. Murray, Esq.
Attorney for the Defendants
27499 Riverview Center Blvd., Suite 112
Bonita Springs, Florida 34134
(239) 985-4081 voice
(239) 985-4084 facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was served this 6th day of August, 2008 by regular United States  mail with sufficient postage affixed to ensure delivery to the Plaintiff, Roy Thomas, 11340-007, P.O. Box 2068, United States Penitentiary, Inez, Kentucky 41224.

Charles A. Murray, Esq.
Attorney for the Defendant-Appellant