IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROY THOMAS,
        Plaintiff

-vs-

NATIONAL LEGAL PROFESSIONAL
ASSOCIATES, et al,
        Defendants

Civil Action No. 07-892 (RMC)

*Let this be filed. R.M.Colly 9/2/08*

RECEIVED
AUG 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO COMPEL EXECUTION AND POSTING OF SUFFICIENT APPEAL BOND

The plaintiff, **ROY THOMAS, pro se,** respectfully represents unto this Honorable Court as follows in support of his **MOTION TO COMPEL EXECUTION AND POSTING OF SUFFICIENT APPEAL BOND** herein:

1. This Honorable Court entered a judgment in favor of the plaintiff against the defendants, National Legal Professional Associates, Charles Murray, and H. Wesley Robinson on July 31, 2008. The plaintiff has not received a copy of the judgment from the U. S. District Court and, therefore, is unadvised as to the amount of the judgment.

2. The defendants have filed a notice of appeal of the judgment to the United States Court of Appeals for the District of Columbia.

3. The plaintiff assumes that the defendants will seek a stay of execution

of judgment during the pendency of their appeal to the court of appeals.

4. The plaintiff wishes to protect his interest upon the completion of the appeal process by requiring the defendants to post a sufficient appeal bond to cover the amount of the judgment, costs on appeal, and interest. He anticipates that the defendants will endeavor to hide or dispose of assets which will be used to satisfy the judgment upon the completion of the appeal.

**WHEREFORE,** the plaintiff, **ROY THOMAS, pro se,** respectfully requests that this Honorable Court enter an order compelling the defendants, as a condition to any stay of execution of judgment, to post a sufficient appeal bond to cover the judgment, costs on appeal, and interest; and the plaintiff respectfully requests that this Honorable Court grant such other and further general relief that the Court might deem just, fair, and appropriate under the circumstances set forth hereinabove.

ROY THOMAS
Pro Se   *(signature: Roy Thomas)*

### CERTIFICATE OF SERVICE

The plaintiff, ROY THOMAS, pro se, does hereby certify that true copies of the foregoing MOTION TO COMPEL EXECUTION AND POSTING OF SUFFICIENT APPEAL BOND were duly forwarded via first-class U. S. Mail,

postage pre-paid, to National Legal Professional Associates, 27499 Riverview Center Blvd., Suite 113, Bonita Springs, Florida 34134-4313; Charles A. Murray, 27499 Riverview Center Blvd., Suite 113, Bonita Springs, Florida 34134-4313; and H. Wesley Robinson, 27499 Riverview Center Blvd., Suite 113, Bonita Springs, Florida 34134-4313; this 26th day of August, 2008.

ROY THOMAS