UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROY THOMAS**, | ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No. 07-892 (RMC)** |
| v. | ) ) | |
| **NATIONAL LEGAL PROFESSIONAL ASSOCIATES,** *et al.* | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of this civil action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). During the pendency of Defendants' appeal in this case to the United States Court of Appeals for the District of Columbia Circuit, No. 09-7015, the parties agreed to voluntarily resolve this matter and reached a settlement that is favorable to all parties involved. The settlement agreement has now been signed and executed by all parties. Each party will bear its own attorneys fees and costs.

Dated: June 4, 2010

Respectfully submitted,

/s/Daniel Low
Daniel Low (DC 480910)
Kotchen & Low LLP
2300 M St., NW, Suite 800
Washington, DC 20037
(202) 841-7164 (Tel.)
(202) 280-1128 (Fax)

*Counsel for Plaintiff*

/s/ with consent of Charles A. Murray
Charles A. Murray
27911 Crown Lake Blvd., Suite 223
Bonita Springs, FL 34135-4218

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, the above Stipulation for Dismissal was served via the Electronic Case Filing (ECF) system on:

Charles A. Murray
27911 Crown Lake Blvd., Suite 223
Bonita Springs, FL 34135-4218

*Counsel for Defendants*

    /s/ Daniel Low
Daniel Low (DC 480910)
Kotchen & Low LLP
2300 M St., NW, Suite 800
Washington, DC 20037
(202) 841-7164 (Tel.)
(202) 280-1128 (Fax)